UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EARL STEVERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>D. COFFIN,<br><br>   Defendant. | No.  2:22-cv-1543 DB P<br><br>ORDER |

Defendant's counsel has filed a motion for extension of time to file a responsive pleading. (ECF No. 14.) This is counsel's first request for an extension of time.

Defendant waived service in this matter on July 11, 2023. (ECF No. 13.) His responsive pleading is due on August 21, 2023. (Id.) However, counsel states that, due to recent events in defendant's personal life, counsel has been unable to confer with defendant regarding the facts of this case. (ECF No. 14 at 3.) Counsel also has approaching deadlines in other matters that have further limited his ability to prepare the pleading. (Id.) Counsel requests that the court extend the deadline to file a responsive pleading to September 5, 2023. (Id. at 2.)

////

////

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion for extension of time (ECF No. 14) is granted; and

2. Defendant shall file a responsive pleading on or before September 5, 2023.

Dated: August 24, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:15
DB/DB Prisoner Inbox/Civil Rights/R/stev1543.36