UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH EARL STEVERSON,

Plaintiff,

v.

COFFIN, et al.,

Defendants.

No.   2:22-cv-1543 DB P

ORDER

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.  On September 5, 2023, the court stayed this action for 120 days and referred it to the court's post-screening ADR project.  (ECF No. 17.)  The stay will expire on January 3, 2023.  (Id.)  A settlement conference is currently scheduled to take place on January 11, 2024.  (ECF No. 21).  Accordingly, the court will extend the stay until after the settlement conference.

For the reasons stated above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Dennis M. Cota on January 11, 2024, at 9:30 a.m.  The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.

2. This action is stayed until January 18, 2024.  Except as provided herein or by subsequent court order, no other pleadings or other documents may be filed in this

1

1  case during the stay of this action.  The parties shall not engage in formal discovery,
2  but the parties may elect to engage in informal discovery.
3  Dated:  December 4, 2023

DB: 15
DB/DB Prisoner Inbox/Civil Rights/R/stev1543.ext.stay

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE